Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**FILED**

## UNITED STATES DISTRICT COURT

for the

Northern District of California

San Francisco Division

JAN 2 4 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

#5
ifp
np

**C V  19  0424**  SI

| | |
|---|---|
| RESAT NURI OTUS (AKA NURI OTUS) | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)*  ☐ Yes  ☒ No |
| -v- | |
| BAY CLUB COMPANIES, LLC | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

I.     **The Parties to This Complaint**

A.     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

|  |  |
|---|---|
| Name | Resat Nuri Otus (aka Nuri Otus) |
| Street Address | 1469 Bellevue Avenue #808 |
| City and County | Burlingame, San Mateo County |
| State and Zip Code | CA, 94010 |
| Telephone Number | 650-654-0567 |
| E-mail Address | nuri.otus@gmail.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Matthew Stevens |
| Job or Title *(if known)* | CEO |
| Street Address | 1 Lombard Street |
| City and County | San Francisco, San Francisco County |
| State and Zip Code | CA, 94111 |
| Telephone Number | 415-781-1874 |
| E-mail Address *(if known)* | matthew.stevens@bayclubs.com |

Defendant No. 2

| | |
|---|---|
| Name | Mark Koorenny |
| Job or Title *(if known)* | General Counsel |
| Street Address | 1 Lombard Street |
| City and County | San Francisco, San Francisco County |
| State and Zip Code | CA, 94111 |
| Telephone Number | 805-796-7597 |
| E-mail Address *(if known)* | Mark.Koorenny@bayclubs.com |

Defendant No. 3

| | |
|---|---|
| Name | Erin Rucker Oto |
| Job or Title *(if known)* | VP of Human Resources |
| Street Address | 1 Lombard Street |
| City and County | San Francisco, San Francisco County |
| State and Zip Code | CA, 94111 |
| Telephone Number | 415-901-9252 |
| E-mail Address *(if known)* | erin.ruckeroto@bayclubs.com |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)* _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

VIOLATION OF CONSUMER LEGAL REMEDIES ACT;  VIOLATION OF UNRUH CIVIL RIGHTS ACT; FRAUD, NEGLIGENT REPRESENTATION, BREACH OF CONTRACT, BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING, UNFAIR AND DECEPTIVE TRADE PRACTICES, CONSPIRACY TO COMMIT FRAUD

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the

State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated

under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of
the State of *(name)* _____ . Or is a citizen of
*(foreign nation)* _____ .

b. If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under
the laws of the State of *(name)* _____ , and has its
principal place of business in the State of *(name)* _____ .
Or is incorporated under the laws of *(foreign nation)* _____ ,
and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Defendant is in VIOLATION OF CONSUMER LEGAL REMEDIES ACT; VIOLATION OF UNRUH CIVIL RIGHTS ACT; FRAUD, NEGLIGENT REPRESENTATION, BREACH OF CONTRACT, BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING, UNFAIR AND DECEPTIVE TRADE PRACTICES, CONSPIRACY TO COMMIT FRAUD

Damages and monies owed to plaintiff are $250,750.00

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

In September 2017 plaintiff sought to reactivate his membership of nearly 25 years with the Bay Club Company (BCC) facility in Redwood Shores, CA. An agent of BCC informed plaintiff there would be a $250.00 reactivation fee which was immediately agreed to. A number of days later the agent called the plaintiff saying there was $750.00 in monthly fees in arrears as the club) in complete violation of its posted terms and conditions tranferred plaintiffs personal membership to another party). Plaintiff interacted with many BCC employees, however when plaintiffs request to provide documents as proof of the transfer was declined due to "we do not have to do that". Plaintiff offered to pay all fees BCC claimed to be in arrears if prrof was provided. Subesequently, plaintiff has learned the these actions were actually a form of descrimination as the plaintiff had recently returned from a Federal Prison Camp. Damages are due as the defendants violated all charges above. See attached for greater detail. Terms and Conditions of membership require this be settled by binding arbitration.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I want my club membership reinstated immediately under standard terms. I want fees and expenses equal to what the BCC charges its members in the form of late fees. I want a letter from Bay Club Company, LLC acknowledging its wrongdoing with an apology. I want $250,000.00 in punitive damages paid in the form of a donation to the American Civil Liberties Union of Northern California.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            January 22, 2019

Signature of Plaintiff

Printed Name of Plaintiff         Resat Nuri Otus (aka Nuri Otus)

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

State and Zip Code

Telephone Number

E-mail Address

_____

_____

_____