UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESAT NURI OTUS,<br><br>Plaintiff,<br><br>v.<br><br>BAY CLUB COMPANIES, LLC, et al.,<br><br>Defendants. | Case No. 19-cv-00424-SI<br><br>JUDGMENT |

Plaintiff's action has been dismissed for failure to allege facts demonstrating federal jurisdiction. Judgment is entered accordingly.

**IT IS SO ORDERED**.

Dated: April 17, 2019

SUSAN ILLSTON
United States District Judge